IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3036 |
| vs. | |
| ROGER E. WESTERHOLD, | RELEASE ORDER |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for November 28, 2023 at 10:00 a.m. before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

August 25, 2023.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge